**02–244. State v. Shackleford.**
Montgomery App. No. 18297. On motion for leave to file delayed appeal. Motion denied.

Lundberg Stratton, J., dissents.

**02–248. Cincinnati Ins. Co. v. Anders.**
Greene App. No. 2001CA42. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Decision and Entry dated January 11, 2002:

"Whether insurance policies covering personal injuries arising out of property damage provide coverage to homeowners who are sued for their negligent failure to disclose to purchasers damage to the property that occurred during the sellers' occupancy."

Douglas and Lundberg Stratton, JJ., dissent.

Cook, J., not participating.

The conflict case is *Spalding v. Aetna Cas. & Sur. Co.* (Oct. 11, 1994), Stark App. No. 9429, unreported, 1994 WL 590438.

**02–282. State v. Williams.**
Summit App. No. 20672. On motion for leave to file delayed appeal. Motion denied.

Pfeifer, J., dissents.

**02–299. Gordon v. Gordon.**
Warren App. No. CA2001–04–033. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Entry Granting Motion to Certify dated January 17, 2002:

"Where objections to a magistrate's decision are filed in advance of the filing of the magistrate's decision to which the objections apply, does the trial court err as a matter of law or abuse its discretion by overruling the objections as untimely?"

Douglas and Resnick, JJ., dissent.

The conflict case is *Koss v. Koss* (June 29, 1982), Mahoning App. No. 81–C.A.–47, unreported, 1982 WL 6152.

# APPEALS ALLOWED FOR REVIEW

**01–2155. Bergstrom v. State Farm Fire & Cas. Co.**
Cuyahoga App. No. 79775. Appeal allowed and cause held for the decision in 01–1474 and 01–1867, *Hillyer v. State Farm Fire & Cas. Co.*, Cuyahoga App. No. 79176; briefing schedule stayed.

Lundberg Stratton, J., dissents.

**01–2166. Atkins v. Chudowsky.**
Lorain App. No. 01CA007834.

Moyer, C.J., Cook and Lundberg Stratton, JJ., dissent.

**01–2192. Ruth v. Moncrief.**
Montgomery App. No. 18479. Appeal allowed.

Resnick and F.E. Sweeney, JJ., dissent.

Cross-appeal denied.

Douglas and Pfeifer, JJ., dissent.

**01–2251. Shampton v. Springboro.**
Warren App. Nos. CA2000–08–080 and CA2000–09–081.

F.E. Sweeney, Pfeifer and Cook, JJ., dissent.